UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

ZACHARY BARKER COUGHLIN,            )
                                    )
           Plaintiff,               )
                                    )    CASE NO.: 3:13-CV-00539-RCJ-WGC
    v.                              )
                                    )
RENO MUNICIPAL COURT, *et al.*,     )    O R D E R
                                    )
           Defendants.              )
                                    )

       The Court has considered the Report and Recommendation of United States Magistrate (ECF #2) entered on October 16, 2013, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to Proceed *in Forma Pauperis* (ECF #1), file plaintiff's Complaint (ECF #1-1) and dismiss the complaint with prejudice.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #2).

       IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED.  The Clerk of the Court shall file Plaintiff's Complaint (ECF #1-1).

///

1   IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH
2   PREJUDICE. The Clerk of the Court shall close the case.
3   IT IS SO ORDERED this 13th day of November, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE