**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ZACHARY BARKER COUGHLIN,            )
                                    )
         Plaintiff,                 )
                                    )        3:13-cv-00539-RCJ-WGC
    vs.                             )
                                    )        **ORDER**
                                    )
RENO MUNICIPAL COURT et al.,        )
                                    )
         Defendants.                )
                                    )

This is a *de facto* appeal from a state court criminal action. On November 11, 2013, this Court adopted the Magistrate Judge's Report and Recommendation and dismissed the partially indecipherable complaint with prejudice for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine. (Order, ECF No. 6 (adopting R&R, ECF No. 2 ("To the extent the court can glean anything from these nonsensical pages, it is that Plaintiff takes issue with a determination made by the state court. The *Rooker-Feldman* doctrine is a well-established jurisdictional rule that prevents federal courts from second-guessing state court decisions by barring lower federal courts from hearing *de facto* appeals from state court judgments."))). Plaintiff has now filed a similarly incoherent motion for a stay of the state court sentence and a release from custody. (Mot., ECF No. 8). Under *Rooker-Feldman*, the Court still lacks, and will never have, subject matter jurisdiction to hear this action. *See Noel v. Hall*, 341 F.3d 1148, 1164 (9th Cir. 2003) ("If a federal plaintiff asserts as a legal wrong an allegedly erroneous decision by a state court, and seeks relief from a state court judgment based on that decision, *Rooker-Feldman* bars subject matter jurisdiction in federal district court."). There is no operative complaint, and the Clerk of the Court has already closed the case. The instant motion is therefore denied, and the Clerk of the Court shall accept no further filings in this case. Finally, the Court of Appeals has dismissed Plaintiff's appeal. (Order, ECF No. 13). Accordingly, the pending application to proceed in forma pauperis on appeal, (ECF No. 12), is denied as moot.

## CONCLUSION

IT IS HEREBY ORDERED that the pending motion (ECF No. 8) is DENIED.

IT IS FURTHER ORDERED that the application to proceed in forma pauperis on appeal (ECF No. 12) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall accept no further filings in this case.

IT IS SO ORDERED.

Dated: This 23rd day of July, 2014.

_____
ROBERT C. JONES
United States District Judge

2